IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERTO ESQUIVEL CABRERA, #41078-018            PETITIONER

VERSUS            CIVIL ACTION NO. 5:08cv193-DCB-MTP
           APPEAL NO. 08-60921

BRUCE PEARSON            RESPONDENT

## ORDER

This cause comes before this court, sua sponte. Upon a review of the docket entries, this court finds that there has been a change of address for the petitioner filed January 16, 2009. An order [19] was entered on December 17, 2008. However, it is unclear whether or not the petitioner received a copy of the order [19] entered on December 17, 2008. Therefore, out of an abundance of caution, it is hereby,

ORDERED:

1. That the clerk is directed to mail to the petitioner at his new address provided by the petitioner on January 16, 2009, a copy of the order entered on December 17, 2008 [19].

2. That the petitioner is granted a 15-day extension of time from the entry of this order to comply with the order of December 17, 2008.

3. That the petitioner is warned that failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the petitioner and will result in the dismissal of petitioner's motion to reopen the time to file the notice of appeal.

THIS, the  20th  day of January, 2009.

           s/ David Bramlette
           UNITED STATES DISTRICT JUDGE